UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Santana Rodriguez Balderas,

        Petitioner,

v.                                                                                   Civ. No. 07-1311 (JNE/JSM)
                                                                                   ORDER

State of Minnesota,

        Respondent.

In a Report and Recommendation dated January 23, 2008, the Honorable Janie S. Mayeron, United States Magistrate Judge, recommended that Petitioner's application for a writ of habeas corpus be denied; Petitioner's motion to appoint counsel be denied; Petitioner's motion for an evidentiary hearing be denied; Petitioner's motion to compel be denied; Petitioner's motion to amend/correct be denied; and that this action be dismissed. Petitioner objected to the Report and Recommendation.

The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Accordingly, IT IS ORDERED THAT:

    1.     Petitioner's application for a writ of habeas corpus relief under 28 U.S.C. § 2254 [Docket No. 1] is DENIED.

    2.     Petitioner's motion to appoint counsel [Docket No. 15] is DENIED.

    3.     Petitioner's motion for a hearing [Docket No. 21] is DENIED.

    4.     Petitioner's motion to compel [Docket No. 22] is DENIED.

    5.     Petitioner's motion to amend/correct [Docket No. 23] is DENIED.

2

    6.       This action is DISMISSED WITH PREJUDICE.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 20, 2008

                                                               s/ Joan N. Ericksen
                                                               JOAN N. ERICKSEN
                                                               United States District Judge